UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

| | |
|---|---|
| MOHAMMED EL KARMASSI,<br><br>Plaintiff,<br><br>vs.<br><br>LOT CORPORATION,<br><br>Defendant. | 1:25-CV-01007-ECS<br><br>ORDER DENYING MOTION TO<br>PROCEED IN FORMA PAUPERIS |

Plaintiff Mohammed El Karmassi filed a pro se lawsuit against LOT Corporation. Doc. 1. El Karmassi has filed a motion to proceed in forma pauperis. See Doc. 3. A federal court may authorize the commencement of any lawsuit without prepayment of fees when an applicant submits an affidavit stating he or she is unable to pay the costs of the lawsuit. 28 U.S.C. § 1915(a)(1). "[I]n forma pauperis status does not require a litigant to demonstrate absolute destitution." Lee v. McDonald's Corp., 231 F.3d 456, 459 (8th Cir. 2000). But in forma pauperis status is a privilege, not a right. Williams v. McKenzie, 834 F.2d 152, 154 (8th Cir. 1987) (citation omitted). Determining whether an applicant is sufficiently impoverished to qualify to proceed in forma pauperis under § 1915 is committed to the sound discretion of the district court. Cross v. Gen. Motors Corp., 721 F.2d 1152, 1157 (8th Cir. 1983). This Court has reviewed El Karmassi's motion to proceed in forma pauperis and concludes that El Karmassi is not sufficiently impoverished to qualify to proceed in forma pauperis. Accordingly, it is

ORDERED that El Karmassi's motion to proceed in forma pauperis, Doc. 3, is denied. It is further

ORDERED that El Karmassi must pay the $405 initial filing fee by **May 23, 2025**, or the complaint may be dismissed without prejudice for failure to prosecute.

DATED this 23rd day of April, 2025.

BY THE COURT:

ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE